In the Matter of the Compulsory Accounting of THEODORE B. KLAPPER, as Sole Surviving Trustee under the Will of MARY E. JONES, Deceased, Respondent. ROSALIE G. JONES, Appellant.— In a proceeding to compel a testamentary trustee to file and settle his account, the application was denied without prejudice to a renewal at a future time. Decree of the Surrogate's Court, Nassau County, affirmed, with $10 costs and disbursements to respondent, payable out of the estate. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

■

In the Matter of LITTLE DUTCH GRILL, INC., Appellant, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— In a proceeding pursuant to article 78 of the Civil Practice Act to review the determination of the State Liquor Authority in refusing to renew a restaurant liquor license, petitioner appeals from an order denying the application and dismissing the proceeding. Order unanimously affirmed, with $50 costs and disbursements. The Authority's findings that the premises were disorderly and that alcoholic beverages had been sold to a minor while intoxicated were sustained by substantial evidence. While some of the proof consisted of unsworn statements and reports and was hearsay, the evidence was admitted without objection and so could be considered by the Authority. (Cf. *Flora* v. *Carbean,* 38 N. Y. 111; *People ex rel. McLaughlin* v. *Board of Police Comrs.,* 174 N. Y. 450, 456; *Matter of Whalen* v. *Corsi,* 279 App. Div. 1113.) Present— Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ.